TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00226-CR

David McIntosh, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 416,600, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

PER CURIAM

 The county court at law found appellant guilty of assault and assessed punishment
at incarceration for 120 days and a $1000 fine. The court suspended imposition of punishment
and placed appellant on community supervision.

 When no statement of facts was filed, this Court ordered a hearing pursuant to rule
53(m). Tex. R. App. P. 53(m). At this hearing, appellant, who was represented by retained
counsel at trial, knowingly and voluntarily waived the assistance of counsel on appeal. After
hearing evidence, the court determined that appellant is not indigent and refused to order the
preparation of a free statement of facts from the trial. Appellant has not tendered a brief for filing
and has not responded to this Court's notice that his brief is overdue. Tex. R. App. P. 74(l). 

 We have examined the record before us. The county court at law's finding that
appellant is not indigent is supported by the record. We have found no error that should be
considered in the interest of justice.

 The judgment of conviction is affirmed.

Before Justices Powers, Aboussie and Kidd

Affirmed

Filed: December 6, 1995

Do Not Publish